Clerk's Use Only
Initial for fee pd.:

Type name, address, phone number of applicant here
Stephen P. Watters
Watters Law Office
5101 Thimsen Avenue, Suite 200
Minnetonka, MN 55345
(952) 224-2855

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

David Mack, Jamie Wurts,

Medic-Air, et al,

        Plaintiff(s),

        v.

United States of America,

et al,

        Defendant(s).

CASE NO. CIV-07-06369JCS

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Stephen P. Watters, an active member in good standing of the bar of Minn. State & Fed. Dist. Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2007

Assigned Judge Joseph C. Spero