| Clerk's Use Only | Type name, address, phone number of applicant here |
|---|---|
| Initial for fee pd.: | Stephen P. Watters<br>Watters Law Office<br>5101 Thimsen Avenue, Suite 200<br>Minnetonka, MN 55345<br>(952) 224-2855 |

FILED
08 JAN 14 PM 1:20

CLERK, U.S. WILKING
DISTRICT COURT
OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

David Mack, Jamie Wurts,
Medic-Air, et al,
                    Plaintiff(s),

    v.

United States Of America,
et al
_____Defendant(s).____/

CASE NO. 07-6369 JW

**AMENDED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Stephen P. Watters, an active member in good standing of the bar of Minn. State & Fed. Dist. Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Michael J. Harrington, Law Offices of Michael J. Harrington, 430 D Street, Davis, CA 95616, (530) 759-8440.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Jan. 9, 2008

_____
Assigned Judge Joseph C. Spero