UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID B. MACK, et al.

        Plaintiff(s),

v.

UNITED STATES OF AMERICA, et al.

        Defendant(s).

No. C07-06369 JCS

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 17, 2008

Signature: /s/ Michael J. Nestor

Counsel for Plaintiffs
(Plaintiff, Defendant or indicate "pro se")

MACK v. UNITED STATES OF AMERICA; Case No. C07-06369 JCS

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the above-referenced action. My business address for this case is 430 D Street, Davis, CA 95616.

On the date indicated below, I served the enclosed document(s) described as:

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

on interested parties to this action by:

[ ] (**MAIL**) placing such documents into sealed envelopes addressed as stated in the attached mailing list (mail service is presumed unless some other type of service is indicated next to the firm's name) with postage fully prepaid in the United States mail at Davis, California;

[ ] (**PERSONAL**) personally delivering such document(s) to the law firms/persons enumerated in the attached list;

[X] (**FACSIMILE**) transmitting such document(s) to the law firms/persons enumerated in the attached list; and/or

[ ] (**OVERNIGHT**) placing true and correct copies into an overnight delivery mail system in Davis, California.

[X] (**Federal**) I declare that: [x] I am employed in the office of a member of the bar of this Court at whose direction this service is being made; or [] I am a member of the bar of this Court. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 18th, 2008, at Davis, California.

Suzanne Furgeson

-1-

MACK vs. UNITED STATES OF AMERICA; Case No. C07-06369 JCS

## SERVICE LIST

_F_  Stephen Watters, Esq.                          Plaintiffs
     RIDER BENNETT, L.L.P.
     33 South 6th Street, Ste 4900
     Minneapolis, MN 55402
     (612) 340-7951
     FAX   340-7900
     SPWatters@riderlaw.com

_F_  Andy J. Dilk, Esq.                             Defendants
     Accident Counsel Branch
     FEDERAL AVIATION ADMINISTRATION
     Office of the Chief Counsel
     800 Independence Avenue, S.W.
     Washington, D.C. 20591
     (202) 385-8253/8255
     FAX   493-5020/5068

_M_  UNITED STATES OF AMERICA, c/o                  Defendants
     Office of the Attorney General
     U.S. Department of Justice
     950 Pennsylvania Avenue, N.W.
     Washington, D.C. 20530-0001

_POS.wpd