Michael J. Harrington, Esq., CBN 144737
LAW OFFICES OF MICHAEL J. HARRINGTON
430 D Street
Davis, California 95616
(530) 759-8440

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRYAN MACK, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | CASE NO. C07-06369 JCS<br><br>**NOTICE OF COMPLETION OF SERVICE OF PROCESS AND EFILING OF RETURNS OF SERVICE**<br><br>US Magistrate Judge<br>Joseph C. Spero |

COME NOW Plaintiffs, DAVID BRYAN MACK and JAMIE LYNN WURTS, Individually, and as Representatives and as Successors-in-Interest to the ESTATE OF EDWIN B. MACK; and MEDIC-AIR, a California General Partnership, by and through counsel of record, and hereby file and serve this Notice regarding service of process on named defendant and efiling of the returns of service.

The Complaint was filed on December 17, 2007, and service was completed on defendant UNITED STATES OF AMERICA as described, with the returns of service filed with this document:

1   Exh. 1, Return of Service for UNITED STATES OF AMERICA, c/o
2   Office of U.S. Attorney, Northern District of California, 1301
3   Clay Street, Suite 340S, Oakland, CA 94612
4   (personal service, 12/17/07); and
5   Exh. 2, Return of Service for UNITED STATES OF AMERICA, c/o
6   Office of the Attorney General, U.S. Department of Justice, 950
7   Pennsylvania Ave., N.W., Washington, D.C. 20530-0001
8   (certified mail, return receipt demonstrating receipt on
9   12/26/07).

Dated this 17TH day of January, 2008.

LAW OFFICES OF MICHAEL J. HARRINGTON

By: _____
    Michael J. Harrington, Esq.
    Attorneys for Plaintiffs

Notice-Service.Process17.Jan.wpd

MACK v. USA ; Case No. C07-06369 JCS;
NOTICE OF COMPLETION OF SERVICE OF PROCESS & EFILING OF RETURNS OF SERVICE

-2-

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | December 17, 2007 |
| Name of SERVER | TITLE |
| Samantha A. Malisos | Legal Secretary |

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served: Office of U.S. Attorney, Northern District of California, 1301 Clay Street, Suite 340S, Oakland, CA 94612

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Also served Notice of Assignment of a Case to a Magistrate Judge for Trial AND Order Setting Initial Case Management Conference and ADR Deadlines

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 17, 2007
Date

_Signature of Server_

430 D Street, Davis, CA 95616
Address of Server

**EXHIBIT 1**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | December 17, 2007 |
| Name of SERVER | TITLE |
| Suzanne M. Fugelson | Legal Secretary |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Placed in mail via Certified, return receipt requested USPS Article No. 7006 0810 0000 8264 6754. Received by E. Parker on December 26, 2007. See true & correct copy of USPS confirmation attached as Exhibit "A".

Note: Also served Notice of Assignment of Case to US Magistrate Judge for Trial & Order Setting Initial Case Management Conference & ADR Deadlines

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 14, 2007
Date

Signature of Server

430 D Street, Davis, CA 95616
Address of Server

EXHIBIT 2

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

° Sender: Please print your name, address, and ZIP+4 in this box °

Michael J. Harrington, Esq.
LAW OFFICE of MICHAEL J. HARRINGTON
430 D Street
Davis, CA 95616

Mack

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States of America
c/o Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C.
20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 0810 0000 8264 6754

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540


EXHIBIT "A"

MACK v. UNITED STATES OF AMERICA; Case No. C07-06369 JCS

## PROOF OF SERVICE

I am over the age of 18 and not a party to the above-referenced action. My business address for this case is 430 D Street, Davis, CA 95616.

On the date indicated below, I served the enclosed document(s) described as:

NOTICE OF COMPLETION OF SERVICE OF
PROCESS & E-FILING OF RETURNS OF SERVICE

on interested parties to this action by:

[ ] (**MAIL**) placing such documents into sealed envelopes addressed as stated in the attached mailing list (mail service is presumed unless some other type of service is indicated next to the firm's name) with postage fully prepaid in the United States mail at Davis, California;

[ ] (**PERSONAL**) personally delivering such document(s) to the law firms/persons enumerated in the attached list;

[X] (**FACSIMILE**) transmitting such document(s) to the law firms/persons enumerated in the attached list; and/or

[ ] (**OVERNIGHT**) placing true and correct copies into an overnight delivery mail system in Davis, California.

[X] (**Federal**) I declare that: [x] I am employed in the office of a member of the bar of this Court at whose direction this service is being made; or [ ] I am a member of the bar of this Court. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 18th, 2008, at Davis, California.

_____
Suzanne Furgeson

-1-

MACK vs. UNITED STATES OF AMERICA; Case No. C07-06369 JCS

## SERVICE LIST

| | | |
|---|---|---|
| _F_ | Stephen Watters, Esq.<br>RIDER BENNETT, L.L.P.<br>33 South 6th Street, Ste 4900<br>Minneapolis, MN 55402<br>(612) 340-7951<br>FAX   340-7900<br>SPWatters@riderlaw.com | Plaintiffs |
| _F_ | Andy J. Dilk, Esq.<br>Accident Counsel Branch<br>FEDERAL AVIATION ADMINISTRATION<br>Office of the Chief Counsel<br>800 Independence Avenue, S.W.<br>Washington, D.C. 20591<br>(202) 385-8253/8255<br>FAX   493-5020/5068 | Defendants |
| _M_ | UNITED STATES OF AMERICA, c/o<br>Office of the Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0001 | Defendants |

_POS.wpd

-2-