FILED

2008 JAN 25 PM 3: 22

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
ND DIST OF CA

RECEIVED
07 DEC 31 PM 3: 45
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

Northern District of California

David Mack, Jamie Wurts,

Medic-Air, et al

CASE NO. CIV-07-06369JCS

Plaintiff(s),

v.

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE**

United States of America,

et al,

Defendant(s).

_____/

Stephen P. Watters                            , an active member in good standing of the bar of

Minn. State & Fed. Dist. Court                whose business address and telephone number

(particular court to which applicant is admitted)

is   5101 Thimsen Avenue, Suite 200
     Minnetonka, MN 55345

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing      the Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:   1/25/08

United States Magistrate Judge
Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


DAVID BRYAN MACK et al,

            Plaintiff,

  v.

UNITED STATES OF AMERICA et al,

            Defendant.

_____/

Case Number: CV07-06369 JCS

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Stephen P. Watters
Watters Law Office
5101 Thimsen Avenue
Suite 200
Minnesota, MN 55345

Dated: January 25, 2008

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk