1  JEFFREY BUCHOLTZ
   Acting Assistant Attorney General
2  SCOTT N. SCHOOLS
   United States Attorney
3  DEBRA D. FOWLER
   Senior Aviation Counsel
4  Torts Branch, Civil Division
   U.S. Department of Justice
5  Post Office Box 14271
   Washington, DC  20044-4271
6  Phone:   (202) 616-4025
   Fax:  (202) 616-4002
7  debra.fowler@usdoj.gov

8  Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-FILING

| | |
|---|---|
| DAVID BRYAN MACK and JAMIE LYNN WURTS, individually, and as Representatives and Successors-in-Interest to the Estate Of EDWIN B> MACK; and MEDIC-AIR a California General Partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive<br><br>Defendants. | CASE NO. CV 007-06369JCS(ADR)<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a

United States' Req. For Reassign. to US District Judge
Case No. CV 07-0636JCS

1  United States Magistrate Judge for trial and disposition and hereby requests the
2  reassignment of this case to a United States District Judge.

5  Dated: February 13, 2008          Signature:_/s/ Debra Fowler_____
6                                    Counsel for Defendant United States

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the United States' Request for Reassignment to a United States District Judge was sent via first-class mail, this 13th day of February, 2008 to the following counsel of record:

Michael Harrington
Law Offices of Michael Harrington
430 D Street
Davis, CA 95616
(530) 759-8440
(530) 759-8476 fax

        /s/ Debra Fowler
Employee
U.S. Department of Justice

United States' Req. For Reassign. to US District Judge
Case No. CV 07-0636JCS            - 3 -