UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


Mack et al

                                              Case No.  07-06369 SBA

                    Plaintiff(s),
                                              ADR CERTIFICATION BY PARTIES
                                              AND COUNSEL

          v.

United States


                    Defendant(s).
_____/


        Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

        **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.


Dated: 3-20-08 _____              /s/ Stephen P Watters _____
                                    [Party]


Dated: 3-20-08 _____              /s/ Debra Fowler _____
                                    [Counsel]


---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

Rev. 12/05