UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 4/2/08

C-07-06369 SBA          JUDGE: SAUNDRA BROWN ARMSTRONG

Title: MACK ET AL vs. UNITED STATES OF AMERICA
Atty.:  MICHAEL HERRINGTON          DEBRA FOWLER

       STEVE WATERS

Deputy Clerk: Lisa R. Clark          Court Reporter:   N/R
PROCEEDINGS
Plt   DFT
( )  ( ) 1.   TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )  ( ) 2.
( )  ( ) 3.
( )  ( ) 4.
( ) Motion(s)   ( ) Granted       ( ) Denied      ( ) Off Calendar
            ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

RESULT OF CASE MANAGEMENT CONFERENCE
Case Continued to_____for a Telephone Case Management Conference at  p.m.
Case Continued to_____for  OSC RE:_____
Case Continued to_____for_____Motion Hearing
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
General Discovery Cut-off  11/11/08   Expert Discovery Cut-off  2/12/09
Plft to name Experts by 12/11/08    Deft to name Experts by 1/12/09
All Dispositive Motions to be heard by ( Motion Cut-off)  4/14/09
Case Continued to  6/2/09     for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 5/12/09  Motions in limine/objections to evidence due   5/19/09
Responses to motions in limine and/or responses to objections to evidence due  5/26/09
Case Continued to  6/8/09    for Trial(Court/Jury:  10     Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE  TO BE ASSIGNED  FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 4/15-5/8/09 BEFORE A MAGISTRATE JUDGE; PRIVATE MEDIATION TO BE COMPLETED BY 9/30/08
cc: WINGS HOM AND ADR VIA FAX