```
GEORGE S. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
DEBRA D. FOWLER
Senior Aviation Counsel
STEPHEN M. KETYER
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
        Post Office Box 14271
        Washington, DC  20044-4271
        debra.fowler@usdoj.gov
        (202) 616-4025 phone
        (202) 616-4002 fax
        stephen.ketyer@usdoj.gov
        (202) 616-4034 phone
        (202) 616-4159 fax

Attorneys for United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-FILING

| | |
|---|---|
| DAVID BRYAN MACK and JAMIE LYNN WURTS, individually, and as Representatives and Successors-in-Interest to the Estate Of EDWIN B. MACK; and MEDIC-AIR a California General Partnership,<br><br>        Plaintiffs,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE No.  4:07-cv-6369-SBA<br><br>NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT UNITED STATES OF AMERICA UNDER CIV. L.R. 11-2 |

       I, STEPHEN M. KETYER, hereby enter my appearance in this matter under Civil Local Rule 11-2, as co-counsel to lead attorney Debra D. Fowler, on behalf of Defendant United States of America.  I am a trial attorney employed by the United States

Notice of Appearance
Case No. 07cv6369

1  Department of Justice, Civil Division, Torts Branch, Washington, D.C.  My post office
2  mailing address, phone and fax numbers, and e-mail address are listed above the caption.  I
3  am also enrolled in the District Court Electronic Case Filing system for this District for the
4  purpose of appearing in this matter.

5  Dated:  May 9, 2008

                              Respectfully submitted,

                              /s/ Stephen M. Ketyer
                              _____
                              STEPHEN M. KETYER
                              Trial Attorney
                              U.S. Department of Justice

Of Counsel:

ANDREW J. DILK
Branch Mgr.
Office of the Chief Counsel
Federal Aviation Administration
400 7th St., S.W., Room PL 200A
Washington, DC 20590

Notice of Appearance
Case No. 07cv6369                      - 2 -

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance of Co-Counsel for United States of America, was served electronically through the Northern District of California Electronic Case Filing system, on May 9, 2008, to the following counsel of record:

Michael J. Harrington
Law Offices of Michael J. Harrington
430 D St.
Davis, CA 95616
(530) 759-8440 phone
(530) 759-8476 fax
avialaw@dcn.org
Attorney for Plaintiffs

Stephen P. Watters
Law Offices of Stephen P. Watters
5101 Thimsen Ave., Ste. 200
Minnetonka, MN  55345
(952) 224-2855 phone
(952) 224-2843 fax
swatters@watterslegal.com
Attorney for Plaintiffs

/s/ Stephen M. Ketyer
_____
Employee
U.S. Department of Justice