William L. Nagle  SBN 59788
Special Master\Mediator
345 Lorton Avenue, Ste. 204
Burlingame, CA
650.579.0500
FAX 650.579.0623



FILED

DEC - 3 2008

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRYAN MACK and JAMIE LYNN WORTS, et al., | CASE NO. C007-06369 SBA |
| Plaintiffs, | **ORDER RE SETTLEMENT** |
| vs. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

The parties having stipulated that William L. Nagle shall serve as Judge Pro Tem for purposes of the Settlement Agreement executed on October 7, 2008, and that the decisions of Judge Pro Tem Nagle shall be final, binding and non-appealable, a dispute having arisen regarding the necessity of certain language in the release, and good cause appearing therefor,

The Judge Pro Tem confirms that the indemnity language requested in the releases from Medic Air or its partners is unnecessary. The executed Stipulation for Compromised Settlement and Release of All Claims shall serve as the formal Settlement Agreement. The case is resolved in its entirety and a dismissal shall be entered with prejudice dismissing any and all claims by Medic Air, its partners, and/or its insurers for property damage or hull damage.  The dismissal shall act as a retraxit of any and all claims including subrogation claims.

////////////

Settlement payments shall be expedited.

DATED: December 2, 2008

William L. Nagle
Judge Pro Tem

ORDER RE SETTLEMENT